United States Courts
Southern District of Texas
**FILED**
*August 11, 2023*
Nathan Ochsner, Clerk of Court

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Abigail Jo SHRY

*Defendant(s)*

Case No. **4:23-mj-1602**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 5, 2023__ in the county of __Brazoria__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Section 875(c) | Transmission in Interstate or Foreign Commerce of any Communication Containing a Threat to Injure the Person of Another |

This criminal complaint is based on these facts:
See attached

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Joshua Henry FPS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 11, 2023

_____
*Judge's signature*

United States Magistrate Judge Sam Sheldon
*Printed name and title*

City and state: Houston, Texas

# 4:23-mj-1602

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joshua Henry, of the United States Department of Homeland Security, Federal Protective Service, being duly sworn, do hereby swear and affirm the following facts as being true to the best of my knowledge, information, and belief.

I am a Special Agent with the Federal Protective Service (FPS), United States Department of Homeland Security, and have been working with FPS for approximately 14 years. In that capacity, I investigate violations of the United States Federal Criminal Codes, Code of Federal Regulations, and related offenses including threats.

Based on the facts and circumstances outlined below, there is probable cause to believe that Abigail Jo SHRY did knowingly and willfully commit an offense against the United States, to wit: Transmission in Interstate or Foreign Commerce of any Communication Containing a Threat to Injure the Person of Another, to wit: United States District Judge Tanya Chutkan and United States Congresswoman Sheila Jackson Lee, in violation of Title 18, United States Code, Section 875(c).

This affidavit is made for the limited purpose of supporting a criminal complaint. I have not set forth each and every fact learned during the course of the investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause for the crime charged. Unless otherwise indicated, where actions, conversations, and statements of others are related herein, they are related in substance and in part only. The information in the following paragraphs furnished in support of this affidavit comes from the personal investigation of Affiant and from other officials and relayed to Affiant in person or through Affiant's review of their investigative reports, and does not contain all information known by me, only facts for consideration of probable cause.

The following incident occurred during a phone call to United States District Judge Tanya Chutkan's chambers in Washington, DC from Alvin, TX using phone number 832-537-2180. SHRY and left a threatening voicemail message intended for Judge Chutkan and mentioned United States Congresswoman Sheila Jackson Lee, the LGBTQ community, and other democratic parties.

On August 5, 2023, at approximately 7:51 P.M., a call was received in the chambers of District of Columbia United States District Judge Tanya Chutkan. According to caller identification on the Judge's phone, the call came from phone number (832) 537-2180. The caller's introduction stated, "Hey you stupid slave nigger," after which the caller threatened to kill anyone who went after former President Trump, including a direct threat to kill Congresswomen Sheila Jackson Lee, all democrats in Washington D.C. and all people in the LGBTQ community. The caller further stated, "You are in our sights, we want to kill you," and "We want to kill Sheila Jackson Lee." "If Trump doesn't get elected in 2024, we are coming to kill you, so tread lightly, bitch." The caller continued with their threats, stating, "You will be targeted personally, publicly, your family, all of it."

Investigation determined that the telephone number (832) 537-2180 was issued to a cell phone owned by Abigail Jo SHRY of Alvin, Texas.

On August 8, 2023, DHS Special Agents conducted a knock and talk at the residence of Abigail Jo SHRY in Alvin, Texas. During consensual questioning, SHRY admitted that the phone number (832) 537-2180 belongs to her and that she did in fact make the call to Judge Chutkan's chambers. SHRY stated that she had no plans to travel to Washington, DC or Houston to carry out anything she stated, adding that if Sheila Jackson Lee comes to Alvin, then we need to worry.

Based on the foregoing, I believe there is probable cause that on or about August 5, 2023, Abigail Jo SHRY did commit the offense of Transmission in Interstate or Foreign Commerce of any Communication Containing a Threat to Injure the Person of Another, to wit: United States District Judge Tanya Chutkan and United States Congresswoman Sheila Jackson Lee, in violation of Title 18, United States Code, Section 875(c).

Joshua Henry
Special Agent
Department of Homeland Security
Federal Protective Service

Sworn to before me telephonically this 11th day of August, 2023 and I find probable cause.

HONORABLE SAM SHELDON
United States Magistrate Judge