**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

United States District Court
Southern District of Texas
**ENTERED**
September 14, 2023
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:23–cr–00413 |
| | § | |
| Abigail Jo Shry | § | |

### *SCHEDULING ORDER*

1. MOTIONS will be filed by — September 25, 2023

2. RESPONSES will be filed by — October 2, 2023

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — October 20, 2023

4. PRETRIAL CONFERENCE is set for (515 Rusk, Courtroom 3A, 3rd Floor, Houston, Texas) **DEFENDANT MUST BE PRESENT** — October 20, 2023 at 10:30 AM

5. JURY selection and TRIAL set for — October 30, 2023 at 09:00 AM

6. Estimated Jury Trial Time:

Direct questions about this schedule to Arturo Rivera, Case Manager to the Honorable Keith P. Ellison, United States District Judge, at Arturo_Rivera@txs.uscourts.gov, (713-250-5181).

SIGNED on September 13, 2023, at Houston, Texas.

Sam S. Sheldon
United States Magistrate Judge