**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON PRESIDING
DATE: November 7, 2023      Probation: I. Davila
COURT REPORTER: ERO
MORNING: _____   AFTERNOON: 1:02-1:20PM
*************************************************************************

CRIMINAL NO. 4:23cr413

United States of America,           Richard Hanes

Plaintiff

Vs.

Abigail Jo Shry,                    Amr Ahmed

Defendant

*************************************************************************
MINUTE ENTRY ORDER:

The Court held a Status Hearing. For approximately the past 60 days, Defendant has been receiving in-patient substance abuse treatment at Cenikor. Counselor Anderson from Cenikor informed the Court that Defendant has successfully completed the in-patient program and recommends that Defendant be discharged and begin intensive out-patient treatment at Cenikor. Previously, the Court set Defendant's Conditions of Release. (Dkt. No. 17). It is ORDERED that these Conditions be amended as follows. Defendant will be discharged from Cenikor on November 8, 2023 and will reside with her parents. Defendant will remain on Home Incarceration. Defendant is ORDERED to attend intensive out-patient treatment at

Cenikor and to attend recovery meetings in addition to her treatment at Cenikor. He father, Mark Shry will drive her to and from Cenikor and to the additional recovery meetings. It is further ORDERED Defendant shall not be permitted to leave her parents residence for any other purpose except medical necessities and court appearances, and Mark Shry shall drive her. The Court will hold a follow-up Status Conference in 30 days to discuss these restrictions.

_____
Sam Sheldon
United States Magistrate Judge