UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*  Case Number: 4:23–cr–00413

Abigail Jo Shry

---

**Notice of Setting**

**A proceeding has been set in this case as to Abigail Jo Shry as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
Courtroom 700
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/14/2023

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Status Conference
Applicable defendant(s) required to be present at the hearing.

---

Date:   December 11, 2023                                    Nathan Ochsner, Clerk