**COURTROOM MINUTES- ORDER**
JUDGE <u>SAM SHELDON</u> PRESIDING
DATE: <u>December 15, 2023</u>
COURT REPORTER: <u>ERO</u>
MORNING: <u>9:00-9:08 A M</u>  AFTERNOON: _____
**********************************************************************

CRIMINAL NO. 4:23cr413

| | |
|---|---|
| United States of America, | Richard Hanes |
| Plaintiff | |
| Abigail Shry, | Amr Ahmed |
| Defendant | |

**********************************************************************

<u>MINUTE ENTRY ORDER:</u>

<u>The Court held a Status Hearing. For approximately the past 30 days, Defendant has been on Home Incarceration. During this time period, Defendant has attended intensive out-patient treatment at Cenikor and attended recovery meetings in addition to her treatment at Cenikor. U.S. Probation submitted a Memorandum that there has not been any issues with Defendant. Accordingly, Defendant shall now be on Home Detention and not Home Incarceration. Defendant, however, shall not drive any vehicle without further Order of the Court</u>.

Signed this <u>15th</u> day of December, 2023.

_____
Sam Sheldon
United States Magistrate Judge