United States District Court
Southern District of Texas
**ENTERED**
January 30, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.  Cr. No. H-23-0413

**ABIGAIL JO SHRY**

## O R D E R

The Court has considered the Defendant's Unopposed Motion to Amend Bond. The motion is GRANTED.

Home detention is removed as a condition of her supervision. Ms. Shry must abide by a curfew to be set by pretrial services. GPS monitoring and all other bond conditions remain the same.

SIGNED at Houston, Texas, on the 30th day of January 2024.

_____
KEITH P. ELLISON,
UNITED STATES DISTRICT JUDGE